# Court of Appeals
# of the State of Georgia

ATLANTA,___June 11, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A0976. FARINO v. THE STATE.**

It appearing that appellant retained new appellate counsel after the notice of appeal was filed in this case, and new counsel has raised at the earliest practicable moment the issue of whether appellant was denied effective assistance of counsel, we grant appellant's request to remand this case to the trial court for the purpose of conducting an evidentiary hearing on his claim of ineffectiveness of trial counsel. See *Patel v. State*, 278 Ga. 403, 408 (9) (603 SE2d 237) (2004).

It is hereby ordered, therefore, that this case be remanded to the trial court to allow appellant to file an amended motion for new trial raising the issue of the alleged ineffectiveness of trial counsel, and also for an evidentiary hearing on the issue. If the trial court finds that appellant was denied effective assistance of trial counsel, then appellant shall be entitled to a new trial; however, if the trial court finds that appellant was not denied effective assistance of trial counsel, then appellant will be entitled to file a notice of appeal within thirty (30) days of the entry of any such adverse order.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/11/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*